**AFFIRMED and Opinion Filed May 9, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-00951-CV

## IN THE MATTER OF C.S., A JUVENILE

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-22-00194-W**

## MEMORANDUM OPINION

Before Justices Reichek, Goldstein, and Garcia
Opinion by Justice Goldstein

C.S. appeals the trial court's order transferring him from the Texas Juvenile Justice Department (TJJD) to the Texas Department of Criminal Justice (TDCJ). C.S. was adjudicated delinquent after entering a plea of true on one count of capital murder and was given a 23-year determinate sentence with a possible transfer to TDCJ. After C.S. committed numerous infractions while in the custody of TJJD, TJJD requested an early transfer of C.S. to TDCJ. TJJD stated that, although C.S. had not yet completed his sentence, C.J's conduct indicated the welfare of the community required his transfer. Following an evidentiary hearing, the trial court ordered C.S. to be transferred. C.S.'s court-appointed counsel filed a notice of

appeal on C.S.'s behalf and has since filed a brief, stating that in his professional opinion the appeal is without merit and that there are no arguable grounds for reversal. *See Anders v. California*, 386 U.S. 738, 744 (1967).

*Anders* procedures are appropriate in appeals from juvenile transfer hearings *See In Re D.A.S.*, 973 S.W.2d 226, 297 (Tex. 1998) (orig. proceeding) (Because *Anders* protects juveniles' statutory right to counsel on appeal, we hold the procedures enumerated in *Anders* apply to juvenile appeals); *In re R.M., III,* No. 13-09-00316-CV, 2010 WL 467414, at *1 (Tex. App—Corpus Christi–Edinburg Feb. 11, 2010, no pet.) (mem. op.) (applying *Anders* procedures in appeal from juvenile transfer order). An attorney has an ethical obligation to refuse to prosecute a frivolous appeal. *In re Schulman*, 252 S.W.3d 403, 407 (Tex. Crim. App. 2008). Under the *Anders* procedure, if appointed counsel finds the appeal frivolous, counsel must file a brief explaining why the appeal lacks merit. *Anders*, 386 U.S. 744-45; *D.A.S.*, 973 S.W.2d at 297.

Here, C.S.'s counsel provided C.S. with a copy of the *Anders* brief and advised him of his right to examine the record and file his own response.[1] This Court separately provided C.S. with a copy of the brief and notified him of his right to examine the record and file a response. C.S. has not responded.

---

[1] C.S. is over the age of eighteen and able to represent himself in this appeal.

In his brief, C.S.'s counsel demonstrated that he reviewed the record and concluded the appeal was without merit and frivolous. *See Anders*, 386 U.S. at 744. He states that in his professional opinion no arguable grounds for reversal exist and that any appeal would therefore lack merit. *See id*. Counsel's brief meets the minimum *Anders* requirements by presenting a professional evaluation of the record and stating why there are no arguable grounds for reversal on appeal. *See id*.; *Schulman*, 252 S.W.3d at 409 n.23. We have independently reviewed the record and counsel's brief, and we agree the appeal is frivolous and without merit.

In his brief, counsel requests that he be permitted to withdraw as appellate counsel; no separate motion was filed with the Court. A court-appointed attorney's duties to a client in a juvenile case continue through the filing of a petition for review, and a motion to withdraw may be premature unless good cause is shown. *See Matter of T.M.*, 583 S.W.3d 836, 838 (Tex. App.—Dallas 2019, no pet.) (*extending In re P.M.*, 520 S.W.3d 24, 27 (Tex. 2016) (per curiam) to *Anders* appeals in juvenile cases); *In re A.H.*, 530 S.W.3d 715, 717 (Tex. App.—Fort Worth 2017, no pet.) (same). Counsel has not shown good cause for withdrawing from his representation of C.S., and, as a result, his obligations have not been discharged. *See T.M.*, 583 S.W.3d at 838. Accordingly, we deny counsel's request to withdraw.

We affirm the trial court's transfer order.

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

230951F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

IN THE MATTER OF C.S., A
JUVENILE

No. 05-23-00951-CV

On Appeal from the 304th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. JD-22-00194-
W.
Opinion delivered by Justice
Goldstein. Justices Reichek and
Garcia participating.

In accordance with this Court's opinion of this date, the judgment of the trial
court is **AFFIRMED**.

Judgment entered May 9, 2024